Honorable Robert S. Lasnik

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 03 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISMAIL SALI,

    Petitioner,

v.

UNITED STATES,

    Respondent.

NO. CV13-00116RSL
CR11-00316RSL

ORDER

This matter having come to the Court's attention on the Government's motion to extend time to file its answer to petitioner Ismail Sali's Section 2255 motion, and the Court being fully advised in this matter, finds that good cause has been shown and enters the following order:

IT IS HEREBY ORDERED that the Government's answer to petitioner's Section 2255 motion shall be due on June 3, 2013.

DATED: April 1, 2013

/s/ Robert S. Lasnik
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Steven T. Masada
Assistant United States Attorney

13-CV-00116-AF

ORDER/SALI— 1
CV13-116RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970